JS-6

1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| BIG PICTURE GROUP, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LORI PATE, an individual; LORI PATE+ LLC, a Colorado limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV-14-00569 DMG (SHx)<br><br>**ORDER RE REQUEST THAT THE COURT:**<br><br>**(a) DISMISS THIS ENTIRE ACTION WITHOUT PREJUDICE PENDING THE SATISFACTION OF ALL SETTLEMENT CONDITIONS; AND**<br><br>**(b) RETAIN JURISDICTION UNTIL ALL SETTLEMENT CONDITIONS ARE SATISFIED, AT WHICH TIME THE PARTIES WILL ASK THE COURT TO DISMISS THIS ENTIRE ACTION WITH PREJUDICE [70]** |
| LORI PATE, an individual; LORI PATE+ LLC, a Colorado limited liability company; and DOES 1 through 10, inclusive,<br><br>Counter-Claimants,<br><br>v.<br><br>BIG PICTURE GROUP, LLC, a California limited liability company; STEPH SEBBAG, an individual; and ROES 1 through 10, inclusive.<br><br>Counter-Defendants. | |

Pursuant to the parties' request, and good cause appearing therefor, the court hereby ORDERS as follows:

1. In light of the settlement described in the parties' request, this entire action is dismissed *without* prejudice, with each party bearing its own costs and attorneys' fees incurred in connection with this action;

2. The Final Pretrial Conference on June 16, 2015 and Jury Trial on July 14, 2015 are hereby VACATED, and this case will be administratively closed;

3. The Court retains jurisdiction over the parties and this matter pending a full satisfaction of all settlement conditions agreed to by the parties, which conditions, pursuant to the parties' *Agreement*, are to be satisfied in May 2015; and

4. When those settlement conditions are satisfied in May 2015, the parties shall so inform the Court by filing a stipulation dismissing this entire action, *with* prejudice, at that time.

IT IS SO ORDERED.

DATED: October 20, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE